IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF MISSOURI; MICHAEL L. PARSON, Governor of the State of Missouri, in his official capacity; and ERIC SCHMITT, Attorney General of the State of Missouri, in his official capacity,<br><br>Defendants. | Case No. 2:22-cv-4022<br><br><br>July 13, 2022 |

FIFTEENTH AMICUS CURIAE BRIEF OF PRIVATE CITIZEN DON HAMRICK

## *United States* v. *Matthew Raymond Hoover*,
M.D.Fla. (Jacksonvile Div.) №: 3:21-cr22(S2)-MMH-MCR
SUPPLEMENT TO MOTION TO DISMISS &
TO DECLARE UNCONSTITUTIONAL THE NATIONAL FIREARMS ACT OF 1934

Case 3:21-cr-00022-MMH-MCR Document 101 Filed 07/01/22 Page 9 of 9

WHEREFORE Defendant Matthew Raymond Hoover respectfully **moves this Honorable Court to dismiss the Indictment (ECF 57) against him in its entity with prejudice, to declare the National Firearms Act facially unconstitutional**, or, in the alternative, unconstitutional as applied to Defendant, and for any further relief that this Court deems just and proper.

DATED: July 1, 2022

---

Citing S. S. Peloubet, *A COLLECTION OF LEGAL MAXIMS IN LAW AND EQUITY, WITH ENGLISH TRANSLATIONS*, New York: George S. Diossy, **1880**

### "regarding intergovernmental immunity"

**Impunitas semper ad deteriora invitat.**
Impunity invites to greater crimes. p. 102.

**Applies to the human race as a predatory species with the rest of the animal kingdom, especially the BATFE.**

The ATF commandeering powers not authorized by Congress.
That, by definition, is Treason. Abolish ATF

*Extra territorium jus dioenti non paretur impune.*
The command of one speaking beyond his territory
cannot be obeyed with impunity. pp. 78-79.

Asset forfeiture law is interstate highway robbery by land and by air.

*Spes Impunitatis continuum affectum tribuit delinquendi.*
The hope of impunity holds out a continual
temptation to crime. p. 284

## CUSTOMS (HISTORY AND TRADITION)

## ARMED FOR SELF-DEFENSE NATIONWIDE

*In consuetudinibus non diuturnitas temporis
sed soliditas rationis est consideranda.*

In customs, not the length of time but the
strength of the reasons should be considered.

*Leges figendi et refigendi consuetudo est periculosissima.*
The custom of making and unmaking laws is most dangerous. p. 144.

*Maleficia propositis distinguuntur.*
Evil deeds are distinguished from evil purposes. p. 161.

*Malitia est acida, est mali animi affectus.*
Malice is sour; it is the quality of a bad mind. p. 161.

*Malum quo communius eo pejus.*
The more common an evil is the worse. p. 161.

*Malus usus est abolendus.*
An evil custom is to be abolished. p. 161.

---

*Modus debet esse certus, rationabilis, et perantiquus.*
A custom should be certain, reasonable, and very ancient. p. 169.

---

*Modus et conventio vincunt legem.*
Custom and agreement overrule law. p. 169.

---

*Mos pro lege.*
Custom stands for law. p. 170.

---

*Mos retinendus est fidelilissimæ vetustatis.*
A custom of the truest antiquity is to be retained. p. 170.

---

*Obtemperandum est conasuetudini rationabili tanquam legi.*
A reasonable custom is to be obeyed as law. p. 207-208.

---

*Optima est legum interpres consuetudo.*
Custom is the best interpreter of laws. p. 214.

---

*Optima est lex quæ minimum relinquit arbitrio judicis.*
That law is the best which leaves least to
the discretion of the judge. p. 214.

---

*Quæ præter consuetudinem et morem majorum fiunt,
neque plaocent, neque recta videntur.*
Things which are done contrary to the custom and usage of our
ancestors, neither please nor appear right. p. 236.

---

*Ratio est formalls causa consuetudinis.*
Reason is the formal cause of custom. p. 260.

---