**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

UNITED STATES OF AMERICA,   )
      )
    Plaintiff,   )
      )
v.   )  Case No. 2:22-CV-04022-BCW
      )
THE STATE OF MISSOURI, *et al.,*   )
      )
      )
    Defendants.   )
      )
      )
      )

## NOTICE OF APPEAL

Notice is hereby given that Defendants State of Missouri, Michael L. Parson, Governor of the State of Missouri, in his official capacity, and Andrew Bailey, Attorney General of the State of Missouri, in his official capacity, appeal the district court's Opinion and Order (Doc. 88) and judgment (Doc. 89) entered March 6, 2023 denying Defendants' Motions to Dismiss (Docs. 13 and 16) and granting Plaintiff's Motion for Summary Judgment (Doc. 8) to the U.S. Court of Appeals for the Eighth Circuit.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Jeff P. Johnson*

Jeff P. Johnson, MO #73294

1

*Deputy Solicitor General*

Office of the Missouri Attorney General
Supreme Court Building
P.O. Box 899
Jefferson City, Missouri 65102
Phone: 314-340-7366
Fax: 573-751-0774

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 8, 2023, the above was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

*/s/ Jeff P. Johnson*