# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-4022-BCW |
| | ) | |
| THE STATE OF MISSOURI *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT NOTICE OF COMPLIANCE WITH MARCH 13, 2023 ORDER

Pursuant to this Court's order of March 13, 2023, plaintiff United States of America (plaintiff) and defendants State of Missouri *et al.* (defendants) state that the parties have complied with this Court's Order of March 13, 2023, and fully briefed a motion to stay this Court's order and injunction pending appeal in the United States Court of Appeals for the Eighth Circuit, insofar as defendants filed their appellate stay motion on March 13, 2023; plaintiff filed an opposition on March 17, 2023; and defendants today filed a reply in support of their motion.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

*/s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel
DANIEL RIESS
CASSANDRA M. SNYDER
Trial Attorneys

**ANDREW BAILEY**
Attorney General

  */s/ Jeff P. Johnson*
Jeff P. Johnson, MO #73294
*Deputy Solicitor General*
Joshua M. Divine, MO # 69875
*Solicitor General*
Office of the Missouri Attorney General
Supreme Court Building
P.O. Box 899
Jefferson City, Missouri 65102
Phone: 314-340-7366
Fax: 573-751-0774
Jeff.johnson@ago.mo.gov

U.S. Department of Justice
Civil Division, Federal Programs Branch          *Counsel for Defendants*
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: 202-305-8693
Fax: 202-616-8460
Email: Daniel.S.Schwei@usdoj.gov

*Counsel for Plaintiff*